AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

**FILED**
07 NOV 15 AM 11:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Southern **DISTRICT OF** California

| In the Matter of the Search of<br>(Name, address or brief description of person or property to<br>Express Mail parcel #EB241996223 US addressed to Michael Taylor, 118 Juniper Street, Bluefield, West Virginia 24701. The parcel had the return information of Jasmine Taylor, 1000 South Anza Street, Apartment 18, El Cajon, CA 92020. | **APPLICATION AND AFFIDAVIT**<br>**FOR SEARCH WARRANT**<br>CASE NUMBER: **'07 MJ 2673** |
|---|---|

I, **Kim A. Kelly** being duly sworn depose and say:

I am a(n) **U. S. Postal Inspector** and have reason to believe
*Official Title*

that on the premises known as (name, description and/or location)

Express Mail parcel # #EB241996223 US addressed to Michael Taylor, 118 Juniper Street, Bluefield, West Virginia 24701. The parcel had the return information of Jasmine Taylor, 1000 South Anza Street, Apartment 18, El Cajon, CA 92020 which is in the custody of the U. S. Postal Inspection Service

in the Southern District of California

there is now concealed property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and contraband

in violation of Title 21 United States Code, Section(s) 841(a)(1), 843(b) and 846.
The facts to support the issuance of a Search Warrant are as follows:
See attached.

Continued on the attached sheet and made a part hereof.    X Yes    ___No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__11-15-07_____    at    San Diego, CA
Date                                         City and State

__NITA L. Stormes_____        _____
U.S. Magistrate Judge                    Signature of Judicial Officer
Name and Title of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |
|---|
| |

| CERTIFICATION |
|---|

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_____

Subscribed, sworn to, and returned before me this date.

U.S. Judge                    Date

## AFFIDAVIT FOR SEARCH WARRANT

I, Kim Kelly, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating crimes against the U.S. Postal Service and the use of the mail including violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following Express Mail parcel #EB241996223 US addressed to Michael Taylor, 118 Juniper Street, Bluefield, West Virginia 24701. The parcel had the return information of Jasmine Taylor, 1000 South Anza Street, Apartment 18, El Cajon, CA 92020.

3. I have been a federal agent for 17 years and employed as a Postal Inspector since July 2007. From September 1987 to 1993, while employed with the Naval Criminal Investigative Service, I was assigned to investigate narcotics violations.

4. In July 2007, I received specialized training from the U.S. Postal Inspection Service in the following two areas: investigations involving the use of the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances; and investigations involving the use of Postal Money Orders and other negotiable instruments to launder the proceeds of controlled substances transactions

5. Based upon my overall experience, specialized training, and discussions with other Postal Inspectors and narcotics agents, I know the following in summary:

    a. Individuals who regularly handle controlled substances can leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor

of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

c. Ongoing investigations have disclosed that Express (overnight) and Priority (two day) parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

d. Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

e. Drug dealers prefer the U.S. Mail (but will sometimes utilize commercial shipping companies), specifically Express Mail or Priority Mail, for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via Express Mail or Priority Mail are considered to be First-Class mail, and, therefore, cannot be examined without a Federal Search Warrant.

2. Express Mail is usually requested to be delivered by the next day's mail.

3. Priority Mail is usually requested to be delivered within two days of mailing.

4. Dispatch times for Express Mail are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of Express Mail or Priority Mail is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of Express Mail or Priority Mail by United States Postal Service.

7. Express Mail and Priority Mail may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-Class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g. Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h. Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies, addresses in foreign countries, and legitimate names and addresses of persons other than their own, or occupants at the residence, in order to receive controlled substances and/or proceeds/monetary instruments at their residence under names and residences other than their own to avoid suspicion and in an effort to conceal their true identities and place of residence.

i. I also know that drug orders containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor or controlled substances.

j.  I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

6. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

7. On November 13, 2007, during routine interdiction activities at the Midway Processing and Distribution Facility (P&DF) in San Diego, California, Postal Inspector (PI) Rich Tanael became suspicious of the Express Mail parcel that is the subject of this affidavit and retrieved it for further investigation.

8. PI Tanael became suspicious of the Express Mail parcel for the following reasons: the label was handwritten as opposed to typewritten; the zip code where the parcel was mailed from was different than the one listed on the return information; there were no telephone numbers listed on the label; database checks determined that although the sender's address was complete, Jasmine Taylor is not associated with that address; additional database checks determined although the recipient's address is complete, Michael Taylor is not associated with that address.

9. The parcel is a box approximately 24 inches x 18 inches x 12 inches in dimension and 15 lbs. in weight. Glue has been applied at the seams. Based on my training and experience, drug dealers

4

often seal boxes containing narcotics and/or currency in this manner in an attempt to mask the odor of narcotics.

10. On November 14, 2007, PI Tanael met with Detective Steve Sloan and his trained narcotic detection canine Reilly, at the San Diego Police Department Range located in San Diego, CA. Detective Sloan and Reilly conducted an exterior inspection of the subject parcel. When Reilly examined the parcel described above, Detective Sloan advised that Reilly did alert to the presence of the odor of controlled substances in the parcel. The qualifications of canine Reilly are contained in attachment A.

11. On November 14, 2007, contact with the letter carrier that delivers to 1000 South Anza Street, Apartment 18, El Cajon, CA 92020 determined Jasmine Taylor does not live nor has she ever received mail at that address. On November 15, 2007, contact with the post office that services 118 Juniper Street, Bluefield, West Virginia determined Micheal Taylor does not receive mail at that address. Benson McMillan and Virgie Lou Poore, receive mail at the Bluefield, West Virginia, address.

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in the subject parcels as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

_____
Kim Kelly
Postal Inspector

Sworn to before me, and subscribed in my presence, on this 15th day of November 2007.

_____
The Hon. Nita L. Stormes
U. S. Magistrate Judge